## SQUADRILLI v. CIERVO.

(Supreme Court, Appellate Term. December 11, 1906.)

EVIDENCE—EXHIBITS IN FOREIGN LANGUAGE.
　　Exhibits in a foreign language not translated into English are inadmissible in evidence.

　　[Ed. Note.—For cases in point, see Cent. Dig. vol. 20, Evidence, § 1428.]

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Edward Squadrilli against Michael Ciervo. Appeal by plaintiff from a judgment of the municipal court in favor of defendant. Reversed.

Argued before GILDERSLEEVE, FITZGERALD, and DAVIS, JJ.

A. S. Fraser, for appellant.

H. L. Kringel, for respondent.

PER CURIAM. Some of the exhibits in this case are in the French language and appear not to have been translated into English. The cause should have been tried altogether in the English language.

Judgment reversed without costs. The record must be returned to the files for such action as counsel may advise.